**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BRENDA BOUTWELL,

    Plaintiff,

v.                                            Case No. 3:07-cv-444/LAC/EMT

ADVANCE CONSTRUCTION SERVICES, INC.,

    Defendant.

_____/

**<u>ORDER</u>**

Before the Court is the Plaintiff's amended notice of voluntary dismissal (doc. 70) as to its claims and issues regarding the Equal Pay Act as expressed in Count One of the Complaint.  Upon consideration of the foregoing, it is hereby **ORDERED**:

1.     The aforementioned claims are hereby **DISMISSED.**  As other claims remain, the Clerk shall note that this Order does not therefore close this case.

**ORDERED** on this 25th day of April, 2008.

                                                  s/*L.A. Collier*
                                                  Lacey A. Collier
                                        Senior United States District Judge