**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

BRENDA BOUTWELL,

     Plaintiff,

v                                        CASE NO. 3:07cv444/LAC

ADVANCE CONSTRUCTION
SERVICES, INC.,

     Defendant.

_____/

## O R D E R

     The Court notes that the issues are joined in this case and that the discovery period has ended. The trial of the case will now be set.

     Toward this end, counsel are directed to confer personally and notify the Court in writing within five (5) working days of the expected length of the trial and confirm this case to be a trial by judge or jury.  All parties will be notified by separate order of the dates for the pre-trial conference, if necessary, and trial.

     **ORDERED** this 13th day of November, 2009.


                                      s/*L. A. Collier*
                                      LACEY A. COLLIER
                                      Senior United States District Judge